# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Steve King,
Plaintiff

JUDGE PALLMEYER

01C 0983

MAGISTRATE JUDGE NOLAN

v.

No. ______________

JURY TRIAL DEMANDED

The City of Chicago, Chicago Police Officer Landry Reeves, Star # 2794; Chicago Police Officer T. Tetiwat, Star # 8748; and other unknown officers,
Defendants.

DOCKETED
FEB 13 2001

FILED-ED4
01 FEB 13 PM 12:44
CLERK
U.S. DISTRICT COURT

## COMPLAINT

## INTRODUCTION

1. This is an action for money damages brought pursuant to 42 U.S.C. 1983 and 1988 and pursuant to the Fourth Amendment to The United States Constitution and pursuant to the laws of the State of Illinois.

2. It is alleged that Landry Reeves, a Chicago Police Officer, assaulted and battered the plaintiff in violation of his constitutional rights. It is further alleged that Reeves conspired together with Chicago Police Officer T. Tetiwat and other unknown officers to concoct a false version of the facts and to create a false arrest report for the purpose of falsely arresting the plaintiff and to cover up the unlawful conduct of Reeves.

## JURISDICTION

3. Jurisdiction is based upon 42 U.S.C. 1983 and 1988; 28 U.S.C. 1331 and 1343; The United States Constitution; and upon the pendent jurisdiction of this court to entertain state claims pursuant to 28 U.S.C. 1367(a).

## THE PARTIES

4. Plaintiff, Steve King, is an African-American male.

5. The City of Chicago is a Municipal Corporation which at all relevant times was the employer and principal of Officers Reeves and Tetiwat.

6. Landry Reeves and T. Tetiwat are both sued in their individual capacities. At all relevant times, Reeves and Tetiwat were sworn police officers employed full time with The City of Chicago/Department of Police. At all relevant times, Reeves and Tetiwat acted under color of State law pursuant to powers granted to them pursuant to the regulations, rules, and orders of the City of Chicago/Department of Police. Reeves and Tetiwat engaged in the conduct complained of in the course and scope of their employment.

## FACTS

7. On or about February 21, 2000, Steve King was a customer standing in line along with other customers and waiting to purchase various items at The Home Depot Store located at 200-232 West 87th Street, Chicago, Illinois, 60620.

8. At the same time and place, off-duty officer Landry Reeves was standing in the same line behind the plaintiff.

9. Officer Reeves became angry over his position in the line of customers. Without cause or provocation on the part of the plaintiff, Reeves then attacked, assaulted, and battered the plaintiff knocking plaintiff to the ground and causing him to be injured.

10. Ms. Donna Dunigan placed a telephone call to the Chicago Police Department and various other Chicago Police officers arrived upon the scene.

11. Steve King told the responding officers the facts of the incident and asked them to arrest Reeves. The responding officers then told Steve King that Reeves was himself an off-duty Chicago Police Officer and attempted to persuade Steve King not to seek a criminal complaint against Reeves.

12. When Steve King refused to stop in his requests to seek a criminal complaint against Reeves, he was then transported to a Chicago Police station.

13. While at the police station, Steve King was again asked to stop his requests to seek a criminal complaint against Reeves.

14. Steve King once again refused to stop his requests to seek a criminal complaint against Reeves.

15. Steve King was then told that he (Steve King) was under arrest and that he (Steve King) was being arrested and charged with assaulting police officer Reeves.

16. An arrest report was prepared and signed by Officers Reeves, Officer T. Tetiwat and other unknown Chicago Police officers. The report falsely alleges that Steve King pushed and

elbowed Reeves, that Steve King was intoxicated, and that Reeves announced his office during the incident. ( A copy of the arrest report prepared and signed by Reeves and Tetiwat is attached hereto as exhibit 1)

17. As a direct result of the acts of Reeves, Tetiwat, and other presently unknown officers, Steve King was injured, arrested and humiliated, was forced to spend time in police custody and/or jail, and was forced and compelled to expend large sums of money for attorney fees and other expenses in defending himself against the aforementioned false criminal charges.

## COUNT I

**[ 42 USC 1983- Officer Landry Reeves- Illegal seizure]**

1-17 Plaintiff realleges paragraphs 1-17.

18. Landry Reeves acted under color of state law pursuant to powers granted to him as a sworn police officer with The City of Chicago/Department of Police.

19. The acts of Landry Reeves in attacking, assaulting and battering the plaintiff; of creating and signing a false arrest report falsely accusing plaintiff of a crime and thereby causing plaintiff to be arrested and charged constituted an illegal seizure of the person of Steve King in violation of King's constitutional rights to liberty and due process of law as guaranteed by the Fourth Amendment to The United States Constitution

20. As a direct result of the unconstitutional conduct of Reeves, plaintiff was harmed and damaged.

**WHEREFORE**, Plaintiff demands substantial compensatory damages, court costs, and attorney fees pursuant to 42 U.S.C. 1988 against Officer Landry Reeves.

## COUNT II

**[ 42 USC 1983- Officer T. Tetiwat- Illegal seizure]**

1-17 Plaintiff realleges paragraphs 1-17 of Count I as and for paragraphs 1-17 of this Count II as though fully set forth herein.

18. Officer T. Tetiwat acted under color of state law pursuant to powers granted to him as a sworn police officer with the City of Chicago/Department of Police.

19. The acts of Officer T. Tetiwat in creating and/or signing a false arrest report falsely accusing plaintiff of a crime and thereby causing plaintiff to be arrested and charged with a crime

constituted an illegal seizure of the person of Steve King in violation of Steve King's constitutional rights as previously alleged.

20. As a direct result of the unconstitutional conduct of Tetiwat, plaintiff was harmed and damaged.

**WHEREFORE**, Plaintiff demands substantial compensatory damages, court costs, and attorney fees pursuant to 42 U.S.C. 1988 against Officer T. Tetiwat.

## COUNT III

## STATUTORY INDEMNITY

**[ 42 USC 1983-City of Chicago-745 ILCS 10/9-102]**

1-17. Plaintiff realleges paragraphs 1-17 of Counts I and II as and for paragraphs 1-17 of this Count III as though fully set forth herein.

18. 745 ILCS 10/9-102(1998) provides as follows:

> A local public entity is empowered and directed to pay any tort judgement or settlement for compensatory damages for which it or an employee while acting within the scope of his employment is liable...

19. The City of Chicago is the employer of Officers Reeves and Tetiwat. At all relevant times Reeves, Tetiwat and others acted under color of state law and within the scope of their employment as Chicago police officers.

**WHEREFORE**, Plaintiff demands that in the event Reeves, Tetiwat or other officers are found liable on any of the claims set forth in this complaint that Judgement be entered against the City of Chicago for any compensatory damages, court costs, and attorney fees awarded as against any officers found liable under the legal theory of statutory indemnity as distinct from the legal theory of common law respondeat superior liability.

## COUNT IV

**[Common Law Battery and False Imprisonment- Officer Landry Reeves]**

1-17. Plaintiff realleges paragraphs 1-17 of Counts I, II, and II as and for paragraphs 1-17 of this Count IV as though fully set forth herein.

18. The intentional conduct of Landry Reeves constituted a non consensual, harmful and offensive touching which proximately damaged and injured the plaintiff as alleged.

19. The intentional conduct of Landry Reeves constituted a false imprisonment of the plaintiff which was not privileged or reasonable and was otherwise unlawful.

**WHEREFORE**, Plaintiff demands substantial compensatory damages, court costs and attorney fees as against Landry Reeves.

## COUNT V

**[Common Law False Imprisonment- Officer T. Tetiwat]**

1-17. Plaintiff realleges paragraphs 1-17 of Counts I, II, III, and IV as paragraphs 1-17 of this Count V as though fully set forth herein.

18. The intentional conduct of Officer T. Tetiwat constituted a false imprisonment of the plaintiff which was not privileged or reasonable and was otherwise unlawful.

**WHEREFORE**, Plaintiff demands substantial compensatory damages, court costs, and attorney fees pursuant to 42 USC 1988 against Officer T. Tetiwat.

## COUNT VI

## RESPONDEAT SUPERIOR

**[ Battery and False Imprisonment- City of Chicago- Respondeat Superior]**

1-17. Plaintiff realleges paragraphs 1-17 of Counts I, II, III, IV, and V as paragraphs 1-17 of this Count VI as though fully set forth herein.

18. Officers Reeves, Tetiwat and others were employed full time as sworn Officers with The City of Chicago/ Department of Police and were acting within the scope of their employment with The City of Chicago.

**WHEREFORE**, Plaintiff demands that in the event Officers Reeves, Tetiwat, or other officers are found liable on any of the Counts of this Complaint that judgement be entered against The City of Chicago for any compensatory damages, court costs and attorney fees awarded as against any officers found liable under the legal theory of common law respondeat superior as distinct from the legal theory of statutory indemnity.

Respectfully submitted,

James Maher
7257 West Touhy Avenue
Suite 206
Chicago, Illinois, 60631
(773) 594-6482,
Attorney for plaintiff

CHICAGO POLICE
**ARREST REPORT**
CPD-11.420 (REV. 6/92)

1. NAME (LAST - FIRST - MIDDLE): KING, STEVE
2 SEX: M | 3 RACE: BLK | 4 AGE: 40 | 5. DATE OF BIRTH DAY 21 MONTH JAN YEAR 60

6 C B NO: 14412-257
7. ALIAS OR NICKNAME: NONE
8 DIST./RES.: 005 | 9. HEIGHT: 5 10 | 10. WEIGHT: 190 | 11. HAIR: BLK | 12. HAIR STYLE: SHORT | 13 EYES: BRN | 14 COMPLEXION: MLD

15. I.R. NO: 759898
16. RESIDENCE ADDRESS: 11014 S. LOWE | APT. NO./FLOOR: —
17. DISTING. MARKS, SCARS, DISABILITIES, ETC.: NONE
18. SOCIAL SECURITY NO.: 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

19. Y.D NO
16A. CITY - STATE: CHICAGO, IL | ZIP CODE: 60628
HOME TELEPHONE: (773) 264 2310
20 STATE/PLACE OF BIRTH: ILL
21 DRIVERS LICENSE NO.: UNK. | STA

22 RD NO.: F-105150
23 OCCUPATION: MTD
24. BUSINESS NAME - ADDRESS: CITY OF CHICAGO | CITY - STATE | ZIP CODE
BUSINESS TELEPHONE: (312) 747 7886

25 ADDRESS OF ARREST: 200 W. 87th ST
26. NO. ARRESTED: 1
27 LOCATION CODE FOR NATURE OF PREMISES: 174
28 BEAT OF ARREST: 622
29 DATE OF ARREST DAY 21 MONTH FEB YEAR 00 | TIME 2040
30. ARRESTEE TRANSPORTED TO UNIT 006 | BY BEAT 646 | TIME 20 S

31 RESISTED ARREST: YES ☐ NO ☒
32. WEAPON: PISTOL - REVOLVER ☐ | RIFLE - SHOT-GUN ☐ | KNIFE ☐ | OTHER (SPECIFY) ☐ — D
33 PROPERTY INVENTORY NO(S): N
34. FOR NARCOTIC ARREST: ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE | APPRX WT. NO PILLS | EST. STREET VALUE CALL OR CRIME PAX 0-8621 | $

35 VEHICLE OF ARRESTEE: D | YEAR | MAKE | MODEL | BODY STYLE | COLOR | STATE LICENSE NO OR V.I.N: N | DISPOSITION OF VEHICLE: A

36 PERSON IN INVESTIGATIVE UNIT NOTIFIED: Bresnahan #16662 | UNIT NOTIFIED: 1st TIS | TIME: 2220
37 DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☒ NO | IF YES - NAME OF Y D MEMBER NOTIFIED - TIME
38 NAME OF A S.A. FEL. REV. | CHARGES APPROVED ☐ YES ☐ NO | TIME

39 VICTIM-COMPLAINANT NAME: P.O. L. REEVES #2794 | SEX: M | RACE | AGE | [redacted]
VICTIM INJURED ☐ YES ☒ NO | IF YES - DESCRIBE INJURIES
VICTIM HOSPITALIZED ☐ YES ☒ NO ☐ TREATED & RELEASED

| | 40 REFERENCES (CH - PAR.) | 41 OFFENSES | 42 DISPOSITIONS | | 40 REFERENCES (CH - PAR.) | 41 OFFENSES | 42 DISPOSITIONS |
|---|---|---|---|---|---|---|---|
| 1 | 720 ILCS 5/12-3(a)(1) | BATTERY | | 5 | | | |
| 2 | | | | 6 | | | |
| 3 | | | | 7 | | | |
| 4 | | | | 8 | | | |

FILED
FEB 23 2000
AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

43 NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

IN SUMMARY: ABOVE SUBJECT PLACED UNDER ARREST ON SIGNED COMPLAINT AFTER BEING POSITIVELY IDENTIFIED AS THE OFFENDER WHO PUSHED AND ELBOWED OFF-DUTY P.O. L. REEVES #2794. SUBJECT WAS INTOXICATED AND AFTER R/O ANNOUNCED HIS OFFICE, REFUSED TO CEASE HIS ACTIONS. SUBJECT PLACED UNDER ARREST AND TRANSPORTED TO 006TH FOR PROCESSING. BT 650 SGT. BRESNAHAN ON SCENE. BT 646 ON SCENE

L. HARRELL 12763 006

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE: [signature] | STAR NO: 2794 | UNIT: 284
DEPUTY CLERK'S SIGNATURE: D. Blanco | STAR/EMPL. NO: 794

44 FIRST ARRESTING/APPEARING OFFICER - PRINT NAME: L. REEVES | BEAT NO | FURLO: 7A | D.O. GRP: 5/S | MISD./ORD. CRT KEY: H
45 SECOND ARRESTING OFFICER - PRINT NAME - STAR NO: T TETIWAT 8748 | UNIT: 006
46 VEHICLE ASSIGNED: 1 ONE ☐ P.O. | 2 TWO ☒ P.O. | 3 ☐ OTHER

47 INITIAL APPROVAL OF PROBABLE CAUSE - SIG - STAR: [signature] 262
48 RESULTS OF FINGERPR CHECK WAIVED BY-SIG - STAR | DATE | TIME
49. APPROVAL OF CHARGES - SIG - STAR | DATE | TIME

WATCH COMMANDER'S NOTATIONS

50 ARRESTEE SEARCHED BY | STAR/EMPL. NO | UNIT
51 DATE RECEIVED - LOCKUP | TIME: 2200
52. PERS. PROPERTY RECEIPT NO
53. TELEPHONE NO. CALLED: 221 | TIME
54. BOOKING OFFICER | STAR/EMPL. NO | UNIT
55. TIME FINGERPRINTED
56. TIME PHOTOGRAPHED
57 TIME FED
58. PLACED IN CELL NO.: 5

COURT INFORMATION

59 ARR OFF. DESIRED COURT DATE: 20 MAR 00 | BRANCH-CALL: 35-2
60. COURT SGT. TO HANDLE ☐ YES ☒ NO
61. INITIAL COURT DATE: 20 MAR 00 | BRANCH-CALL: 35-2
62. FINAL CRT. DATE | BRANCH - CALL
63. BONDED - DATE: 22 FEB 00 | TIME: 0214
64. BOND RECEIPT NO.: I 3942964
65. COURT DOCKET NO: 00 222873
66. FINAL JUDGE'S NAME

14412-257

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Steve King

01C 0983

**DEFENDANTS**

The City of Chicago, Landry Reeves, and T. Tetiwat

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James Maher (773) 594-6482
same Chicago, 60631
7257 W. Touhy, Suite 206

ATTORNEYS (IF KNOWN)

DOCKETED
FEB 13 2001

U.S. DISTRICT COURT
01 FEB 13 PM 12:52
FILED-

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 USC 1983 and 1988; Civil Rights, Illegal seizure

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** Substantial

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number ________, previously dismissed by Judge ________

DATE 2/15/01

SIGNATURE OF ATTORNEY OF RECORD [signature]

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

In the Matter of

Steve King,
Plaintiff,

v.

The City of Chicago, Landry Reeves, and T. Tetiwat, Defendants

Case Number: 01C 0983

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff, Steve KIng

DOCKETED FEB 13 2001

FILED-ED4 01 FEB 13 PM 2:44 CLERK U.S. DISTRICT COURT

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | [signature] | SIGNATURE | |
| NAME | James Maher | NAME | |
| FIRM | Law Offices of James Maher | FIRM | |
| STREET ADDRESS | 7257 W. Touhy, Suite 206 | STREET ADDRESS | |
| CITY/STATE/ZIP | Chicago, Illinois, 60631 | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | (773) 594-6482 | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 6189664 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES XX NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES XX NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |